*Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Huff, Appellant.

Submitted November 13, 1973. *James B. Yelovich,* and *Kimmel & Rascona,* for appellant; *Frederick F. Coffroth,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Jackson, Appellant.

Argued November 12, 1973. *Thomas W. Kuster,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth, Appellant, *v.* Johns.

Argued November 15, 1973. *Jack H. France,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellant; *Frank C. Carroll,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Johnson, Appellant.

Submitted September 11, 1973. *David E. Auerbach,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Keys, Appellant.

Argued November 13, 1973. *James H. Logan,* for appellant; *Richard Douglas Carleton,* with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The Commonwealth being in agreement, the conviction is affirmed and the record remanded for resentence under The Controlled Substance, Drug, Device and Cosmetic Act of 1972, 35 P.S.